# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

    VS                                                                    CASE NO.  3:02cr89/RV

FRANK SAMUEL ARKO

**REFERRAL AND ORDER**

Referred to Judge Vinson on  11/18/2008
Type of Motion/Pleading NOTICE OF COUNSEL
Filed by: Federal Public          on 11/13/08      Doc. No. 85
       Defender
( )  Stipulated/Consented/Joint Pleading
RESPONSES:
                                           on _____ Doc. No. _____
                                           on _____ Doc. No. _____
                                           WILLIAM M. McCOOL, CLERK OF COURT

                                           */s/ J. Marbut*
                                           Deputy Clerk

**ORDER**

Upon consideration of the foregoing, it is ORDERED this  21st  day of
  November                       , 2008, that:

    The Federal Public Defender is hereby relieved of further responsibility in this matter.

                                           /s/  *Roger Vinson*
                                           ROGER VINSON
                                           SENIOR UNITED STATES DISTRICT JUDGE